RECEIVED
IN LAKE CHARLES, LA
APR 12 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KURTIS J. RICHARD** | : | **CIVIL ACTION NUMBER** |
| **VERSUS** | : | **05-1424** |
| **CITY OF SULPHUR, ET AL.** | : | **JUDGE TRIMBLE** |
| | | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

Upon defendants' representation that defendant, Sulphur City Police Department, is not a juridical entity subject to suit (*see*, Answer, doc. # 11), and with the agreement of plaintiff's counsel,

IT IS ORDERED, that plaintiff, Kurtis J. Richard's claims against defendant, Sulphur City Police Department, be, and they are hereby DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE