RECEIVED
IN LAKE CHARLES, LA

APR 1 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| KURTIS J. RICHARD | : | DOCKET NO. 05-1424 |
| --- | --- | --- |
| VS. | : | JUDGE TRIMBLE |
| CITY OF SULPHUR, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #7) is hereby **GRANTED** dismissing all intentional tort claims against defendant, J. P. Hatfield.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE